45 So.2d 324

### Charles Auburn McFARLING v. STATE.

6 Div. 36.

Supreme Court of Alabama.

March 30, 1950.

Roger F. Rice, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Charles Auburn McFarling for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McFarling v. State, 45 So.2d 322.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.

45 So.2d 478

### S. E. BAXTER v. Norman WILSON.

7 Div. 58.

Supreme Court of Alabama.

March 30, 1950.

L. L. Crawford and W. Jay Tindle, of Fort Payne, for petitioner.

Scott, Dawson & Stockton, of Fort Payne, opposed.

SIMPSON, Justice.

Petition of S. E. Baxter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Baxter v. Wilson, 45 So.2d 474.

Writ denied.

BROWN, LIVINGSTON and STAKELY, JJ., concur.